Denisse O. Gastélum, (SBN 282771)
**GASTÉLUM LAW,**
**A PROFESSIONAL CORPORATION**
3767 Worsham Ave.
Long Beach, California 90808
Tel: (213) 340-6112
Fax: (213) 402-8622
Email: dgastelum@gastelumfirm.com

Christian Contreras, (SBN 330269)
**LAW OFFICES OF CHRISTIAN CONTRERAS**
**PROFESSIONAL LAW CORPORATION**
360 E. 2nd St., 8th Floor
Los Angeles, California 90012
Tel: (323) 435-8000
Fax: (323) 597-0101
Email: CC@Contreras-Law.com

Attorneys for Plaintiffs,
ESTATE OF DOMINICK ALVARADO, *et al.*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DOMINICK ALVARADO, by and through successors in interest, N.A. 1, A.A. 1, A.A. 2, N.A. 2, X.A., minors, by and through Guardian Ad Litem, Olivia Watkins; and C.A., a minor, by and through Guardian Ad Litem, Ashley Vasquez; SHALYMAR POOL; individually; FILIBERTO ALVARADO, individually, <br><br> Plaintiffs, <br><br> v. <br><br> THE STATE OF CALIFORNIA, a public entity; OFFICER TOWNSEND (#22902), individually; OFFICER QUINTERO (#22775), individually; and DOES 1 through 10, individually, <br><br> Defendants. | ) **CASE NO. 2:25-cv-04059-PA-JPR** <br> ) <br> ) **JOINT STIPULATION TO DISMISS** <br> ) **STATE LAW CLAIMS WITHOUT** <br> ) **PREJUDICE AND TOLL** <br> ) **APPLICABLE STATUTE OF** <br> ) **LIMITATIONS** <br> ) <br> ) **Action Filed:** January 1, 2025 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **STIPULATION**

WHEREAS, on January 1, 2025, Plaintiffs originally filed the matter, including the state law claims, in Los Angeles Superior Court. *See* Dkt. 1, Ex. 1;

WHEREAS, on May 1, 2025, Defendants The State of California, Officer Townsend, and Officer Quintero removed the action to Federal Court. *See* Dkt. 1;

WHEREAS, the Court previously indicated it was inclined to bifurcate the state law and federal law claims;

WHEREAS, on August 18, 2025, the parties stipulated to bifurcate the state law and federal claims and remand the state law claims back to state court on the condition that, upon remand, the state law claims are stayed. See Dkt. 30;

WHEREAS, the Court granted plaintiffs' motion for leave to file a third amended complaint adding as defendants Officer Patrick Stafford and Officer David Lee. *See* Dkt. 33

WHEREAS, the Court denied the stipulation finding the parties had not identified grounds on which the Court could deny supplemental jurisdiction. See Dkt. 33;

WHEREAS, the parties now stipulate and agree to dismissal of Plaintiffs' state law claims without prejudice and for any applicable statute of limitations for Plaintiffs' state law claims to be tolled through conclusion of proceedings in the district court.

///
///
///
///
///
///
///
///

JOINT STIPULATION TO DISMISS STATE LAW CLAIMS WITHOUT PREJUDICE AND TOLL APPLICABLE STATUTE OF LIMITATIONS

1

**IT IS THEREFORE STIPULATED AND REQUESTED AS FOLLOWS:**

2       The state law claims be dismissed without prejudice and be remanded to be

3  litigated in state court subject to the parties' agreement to stay the state law claims

4  pending conclusion of proceedings in the district court.

5

6

7  Dated: September 26, 2025      **LAW OFFICES OF CHRISTIAN CONTRERAS**
                                       **A PROFESSIONAL LAW CORPORATION**

8

9                           By: _____
                           Christian Contreras, Esq.[1]

10                           Attorneys for Plaintiffs,

11                           ESTATE OF DOMINICK ALVARADO, et al.

12

13  Dated: September 26, 2025      **DEAN GAZZO ROISTACHER LLP**

14

15                           By: ___*/s/ Lee H. Roistacher*_____
                           Lee H. Roistacher, Esq.

16                           Attorneys for Defendants,
                           STATE OF CALIFORNIA; OFFICER

17                           TOWNSEND; and OFFICER QUINTERO

18

19

20

21

22

23

24

25

26

27  _____

28  [1] I attest that all other signatories in this document authorized the joint filing of his document.

3