1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DOMINICK ALVARADO, by and through successors in interest, N.A. 1, A.A. 1, A.A. 2, N.A. 2, X.A., minors, by and through Guardian Ad Litem, Olivia Watkins; and C.A., a minor, by and through Guardian Ad Litem, Ashley Vasquez; SHALYMAR POOL; individually; FILIBERTO ALVARADO, individually, | ) CASE NO. 2:25-cv-04059-PA-JPR ) ) **ORDER DISMISSING STATE LAW** ) **CLAIMS WITHOUT PREJUDICE** ) **AND TOLL APPLICABLE** ) **STATUTE OF LIMITATIONS** ) |

Plaintiffs,

v.

THE STATE OF CALIFORNIA, a public entity; OFFICER TOWNSEND (#22902), individually; OFFICER QUINTERO (#22775), individually; and DOES 1 through 10, individually,

Defendants.

**[PROPOSED] ORDER DISMISSING STATE LAW CLAIMS WITHOUT PREJUDICE AND TOLL APPLICABLE STATUTE OF LIMITATIONS**

1
2
3

**<u>ORDER</u>**

4        Pursuant to the parties' stipulation, Plaintiffs' state law claims are dismissed against

5   all defendants without prejudice in order for Plaintiff to file in state court pursuant to <u>28</u>

6   <u>U.S.C. § 1367(d)</u>.

7        **IT IS SO ORDERED.**

8
9   DATED: September 30, 2025              By: _____

10                                              Percy Andersen
                                            United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER DISMISSING STATE LAW CLAIMS WITHOUT PREJUDICE AND TOLL APPLICABLE STATUTE OF LIMITATIONS**