# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DOMINICK ALVARADO, by and through successors in interest, .A. 1; A.A. 1; A.A. 2; N.A. 2; X.A.; N.A. 1; A.A. 1; A.A. 2; N.A. 2; X.A., minors, by and through Guardian Ad Litem, Olivia Watkins; and C.A., a minor, by and through Guardian Ad Litem, Ashley Vasquez; SHALYMMAR POOL, individually; FILIBERTO ALVARADO, individually,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, a public entity; OFFICER TOWNSEND (#22902), individually; OFFICER QUINTERO (#22775), individually; OFFICER PATRICK STAFFORD (#19031), OFFICER DAVID LEE (#18193), and DOES 1-10, individually,<br>                                  Defendants. | CASE NO. 2:25-cv-04059-PA-JPR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS REQUEST FOR SUBSTITUTION OF COUNSEL** |

Proposed Order

| | |
|---|---|
| 1 | The Court, having received and reviewed Plaintiffs' Request for Approval of |
| 2 | Substitution of Attorney, and good cause appearing, hereby ORDERS as follows: |
| 3 | Plaintiffs' request is approved. Their counsel of record in this matter shall now be: |

Dale Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd, Suite 310
Woodland Hills, California 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

Sharon Brunner (SBN 229931)
sharonjbrunner@yahoo.com
**Law Offices of Sharon J. Brunner**
14393 Park Avenue, Suite 100
Victorville, CA 92392
Tel: 760-243-9997
Fax: 760-843-8155

Plaintiffs former counsel, Denisse Gastelum and Christian Contreras, are no longer representing Plaintiffs in this matter.

IT IS HEREBY ORDERED that the request for substitution of attorneys is APPROVED.

DATED: _____

Hon. Percy Anderson
United States District Judge