**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

Sharon Brunner (SBN 229931)
sharonjbrunner@yahoo.com
**Law Offices of Sharon J. Brunner**
14393 Park Avenue, Suite 100
Victorville, CA 92392
Tel: 760-243-9997
Fax: 760-843-8155

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DOMINICK ALVARADO, by and through successors in interest, .A. 1; A.A. 1; A.A. 2; N.A. 2; X.A.; N.A. 1; A.A. 1; A.A. 2; N.A. 2; X.A., minors, by and through Guardian Ad Litem, Olivia Watkins; and C.A., a minor, by and through Guardian Ad Litem, Ashley Vasquez; SHALYMMAR POOL, individually; FILIBERTO ALVARADO, individually,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, a public entity; OFFICER TOWNSEND (#22902), individually; OFFICER QUINTERO (#22775), individually; OFFICER PATRICK STAFFORD (#19031), OFFICER DAVID LEE (#18193), and DOES 1-10, individually,<br><br>Defendants. | **CASE NO.** 2:25-cv-04059-PA-JPR<br>***District Judge:*** Percy Anderson<br>***Magistrate Judge:*** Jean P. Rosenbluth<br><br><br>**AMENDED REQUEST FOR APPROVAL OF SUBSTITUTION OF PLAINTIFFS' COUNSEL** |

**THE HONORABLE COURT AND ALL PARTIES:**

Plaintiffs hereby substitute the Law Offices of Dale K. Galipo, Dale K. Galipo and Cooper Alison-Mayne, as their attorneys of record in the above-referenced action in place of their current acting attorneys. Plaintiffs' request the Court to make the following attorney substitution:

| **Former Counsel:** | **New Counsel:** |
|---|---|
| Denisse O Gastelum | Dale Galipo (SBN 144074) |
| Christian M. Contreras | dalekgalipo@yahoo.com |
| Claire Coleman McCall | Cooper Alison-Mayne (SBN 343169) |
| | cmayne@galipolaw.com |
| | **Law Offices of Dale K. Galipo** |
| | 21800 Burbank Blvd, Suite 310 |
| | Woodland Hills, California 91367 |
| | Tel: (818) 347-3333 |
| | Fax: (818) 347-4118 |
| | |
| | Sharon Brunner (SBN 229931) |
| | sharonjbrunner@yahoo.com |
| | **Law Offices of Sharon J. Brunner** |
| | 14393 Park Avenue, Suite 100 |
| | Victorville, CA 92392 |
| | Tel: 760-243-9997 |
| | Fax: 760-843-8155 |

Plaintiffs hereby acknowledge and consent to the Substitution of the Law Offices of Dale K. Galipo in place and instead of their current counsel. Please direct all future correspondence and filings to the Law office of Dale K. Galipo.

IT IS SO AGREED.

**Withdrawing Attorneys' Signatures**

Dated: October 13, 2025          By: */s/Denisse O. Gastelum*
                                  Denisse O Gastelum
                                  Gastelum Law, APC

Dated: October 13, 2025          By: */s/Christian M. Contreras*
                                  Christian M. Contreras
                                  Claire Coleman McCall

1
Request for Approval of Substitution of Plaintiffs' Counsel

**New Attorney Signature**

Dated: October 13, 2025        LAW OFFICES OF DALE K. GALIPO

                               By: /s/ Dale K. Galipo
                               Dale K. Galipo[1]
                               Cooper Alison-Mayne
                               *Attorneys for Plaintiffs*

**Plaintiffs' Signatures**

Dated:                         By: _____
                               Olivia Watkins
                               Guardian Ad Litem for N.A.1, A.A. 1,
                               A.A.2, N.A.2, X.A., Plaintiffs

Dated: 10/15/25                By: /s/ Ashley Vasquez
                               Ashley Vasquez
                               Guardian Ad Litem for C.A.,
                               Plaintiff

Dated:                         By: _____
                               Shalymmar Pool
                               Plaintiff

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2

| | |
|---|---|
| Dated: October 13, 2025 | By: /s/Christian M. Contreras |
| | Christian M. Contreras |
| | Claire Coleman McCall |

3<br>Request for Approval of Substitution of Plaintiffs' Counsel

---

Law Offices of Christian Contreras, PLC

**New Attorney Signature**

Dated: October 13, 2025          LAW OFFICES OF DALE K. GALIPO

By: /s/ Dale K. Galipo
Dale K. Galipo[1]
Cooper Alison-Mayne
*Attorneys for Plaintiffs*

**Plaintiffs' Signatures**

Dated: 10/15/25          By: *[signature]*
Olivia Watkins
Guardian Ad Litem for N.A.1, A.A. 1,
A.A.2, N.A.2, X.A., Plaintiffs

Dated:          By: _____
Ashley Vasquez
Guardian Ad Litem for C.A.,
Plaintiff

Dated:          By: _____
Shalymmar Pool

                        Guardian Ad Litem for C.A.,
                        Plaintiff

Dated: 10/15/25     By: /s/ Shalymmar Pool
                        Shalymmar Pool
                        Plaintiff

Law Offices of Christian Contreras, PLC

**New Attorney Signature**

Dated: October 13, 2025                LAW OFFICES OF DALE K. GALIPO

By: */s/ Dale K. Galipo*
Dale K. Galipo[1]
Cooper Alison-Mayne
*Attorneys for Plaintiffs*

**Plaintiffs' Signatures**

Dated: _____                By: _____
Olivia Watkins
Guardian Ad Litem for N.A.1, A.A. 1, A.A.2, N.A.2, X.A., Plaintiffs

Dated: _____                By: _____
Ashley Vasquez
Guardian Ad Litem for C.A., Plaintiff

Dated: _____                By: _____
Shalymmar Pool
Plaintiff

Dated: 10/22/2025            By: _____
ID jkRxGSxAAgCtAZniroCxKDDf
Filberto Alvarado
Plaintiff

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.