# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DOMINICK ALVARADO, by and through successors in interest, .A. 1; A.A. 1; A.A. 2; N.A. 2; X.A.; N.A. 1; A.A. 1; A.A. 2; N.A. 2; X.A., minors, by and through Guardian Ad Litem, Olivia Watkins; and C.A., a minor, by and through Guardian Ad Litem, Ashley Vasquez; SHALYMMAR POOL, individually; FILIBERTO ALVARADO, individually,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, a public entity; OFFICER TOWNSEND (#22902), individually; OFFICER QUINTERO (#22775), individually; OFFICER PATRICK STAFFORD (#19031), OFFICER DAVID LEE (#18193), and DOES 1-10, individually,<br>                                  Defendants. | **CASE NO.**  2:25-cv-04059-PA-JPR<br><br><br>**ORDER GRANTING**<br>**PLAINTIFFS REQUEST FOR SUBSTITUTION OF COUNSEL** |

1   The Court, having received and reviewed Plaintiffs' Request for Approval of
2   Substitution of Attorney, and good cause appearing, hereby ORDERS as follows:
3   Plaintiffs' request is approved. Their counsel of record in this matter shall now be:

Dale Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd, Suite 310
Woodland Hills, California 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

Sharon Brunner (SBN 229931)
sharonjbrunner@yahoo.com
**Law Offices of Sharon J. Brunner**
14393 Park Avenue, Suite 100
Victorville, CA 92392
Tel: 760-243-9997
Fax: 760-843-8155

IT IS HEREBY ORDERED that the request for substitution of attorneys is APPROVED.

DATED:  October 23, 2025   _____

Percy Anderson
United States District Judge