**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF DOMINICK ALVARADO; N.A. 1; A.A. 1; A.A. 2; N.A. 2; X.A., minors, by and through Guardian Ad Litem, Olivia Watkins; and C.A., a minor, by and through Guardian Ad Litem, Ashley Vasquez; SHALYMMAR POOL, individually; FILIBERTO ALVARADO, individually,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, a public entity; OFFICER TOWNSEND (#22902), individually; OFFICER QUINTERO (#22775), individually; and DOES 1-10, individually,<br><br>Defendants. | Case No.: 2:25-cv-04059-PA-JPR<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>Courtroom: 9A<br>Judge:     Hon. Percy Anderson<br>Magistrate: Hon. Jean P. Rosenbluth<br><br>Complaint filed: 01/02/2025<br>Trial Date:      None Set |

Pursuant to the parties' stipulation and for good cause shown, the Court modifies the Scheduling Order as follows:

| EVENT | CURRENT DATE | PROPOSED NEW DATE |
|---|---|---|
| Deadline to Amend Pleadings/Add Parties | 9/15/2025 | None |
| Initial Expert Disclosure | 10/27/2025 | 4/27/2026 |
| Rebuttal Expert Disclosure | 11/17/2025 | 5/18/2026 |

1

| Discovery Cut Off | 12/22/2025 | 6/22/2026 |
|---|---|---|
| Motion Deadline | 12/29/2025 | 6/29/2026 |
| Settlement Conference Deadline | 1/5/2026 | 7/6/2026 |
| Lodge And File Trial Documents | 1/23/2026 | 7/24/2026 |
| Final Pretrial Conference | 2/6/2026 | 8/7/2026 |
| Hearing on In Limine Motions/Disputed Jury Instructions | 2/23/2026 | 8/24/2026 |
| Final Trial Exhibit Stipulation | 2/26/2026 | 8/27/2026 |
| Jury Trial | 3/3/2026 | 9/1/2026 (5-7 days) |

**IT IS SO ORDERED.**

Dated: _____        _____
                                                                    Honorable Percy Anderson

2

Case No.: 2:25-cv-04059-PA (JPRx)