UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 25-4059 PA (JPRx) | Date | October 27, 2025 |
|---|---|---|---|
| Title | Estate of Dominick Alvarado, et al. v. The State of California, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **IN CHAMBERS – COURT ORDER**

On September 10, 2025, the Court issued an Order granting the unopposed Motion for Leave to Amend the Pleadings filed by plaintiffs Estate of Dominick Alvarado, N.A. 1, N.A. 2, A.A. 1, A.A. 2, X.A., C.A., Syalymmar Pool, and Filiberto Alvarado (collectively "Plaintiffs"). The Court granted Plaintiffs leave to file a Third Amended Complaint ("TAC"), which adds Officers Patrick Stafford and David Lee as defendants. The Court ordered Plaintiffs to "file proofs of service demonstrating service on the newly added defendants no later than October 15, 2025." (Docket No. 33.) On October 23, 2025, the Court granted Plaintiff's request for substitution of counsel. (Docket No. 43.)

The Court is in receipt of the parties' Joint Stipulation to Modify Scheduling Order, filed on October 24, 2025, in which the parties seek a 6-month continuation of all dates set forth in the Court's Schedule of Trial and Pretrial Dates. (Docket No. 44.) In requesting this extension, the parties state, "The newly added defendants – Officers Stafford and Lee – have not been served and have not yet appeared." (Id. ¶ 15.) Thus, it appears that the newly added defendants in the TAC were not served by October 15, 2025 as required under the Court's September 10, 2025 Order.

Accordingly, the Court orders Plaintiffs to show cause in writing why Officers Stafford and Lee should not be dismissed from this action due to Plaintiffs' failure to serve these defendants in compliance with the Court's Order. Plaintiffs shall file their response to this Order to Show Cause no later than November 6, 2025. Alternatively, Plaintiffs may discharge this Order by filing, by no later than the above date, proofs of service demonstrating that these defendants were served on or before October 15, 2025. Failure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of these defendants from this action.

IT IS SO ORDERED.