Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberlhy A. Sullivan, Esq. (SBN 317857)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:  lroistacher@deangazzo.com
         ksullivan@deangazzo.com

Attorneys for Defendants
State of California by and through California Highway Patrol, Officer Townsend and Officer Quintero

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DOMINICK ALVARADO; N.A. 1; A.A. 1; A.A. 2; N.A. 2; X.A., minors, by and through Guardian Ad Litem, Olivia Watkins; and C.A., a minor, by and through Guardian Ad Litem, Ashley Vasquez; SHALYMMAR POOL, individually; FILIBERTO ALVARADO, individually,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, a public entity; OFFICER TOWNSEND (#22902), individually; OFFICER QUINTERO (#22775), individually; and DOES 1-10, individually,<br><br>Defendants. | Case No.: 2:25-cv-04059-PA-JPR<br><br>**JOINT STATUS REPORT**<br><br>Courtroom: 9A<br>Judge:       Hon. Percy Anderson<br>Magistrate:  Hon. Jean P. Rosenbluth<br><br>Complaint filed:  01/02/2025<br>Trial Date:       None Set |

Pursuant to this Court's October 28, 2025 order, the parties submit this joint status report. *See* Doc. 46.

The parties have agreed that plaintiffs will dismiss their federal claims with prejudice and proceed on the state law claims in state court that this Court previously dismissed without prejudice pursuant to the parties' stipulation. *See*

1

Case No.: 2:25-cv-04059-PA-JPR

Docs. 38, 39. The parties will submit a stipulated dismissal of the remaining federal claims soon. The parties have also agreed that once in state court, defendants will not raise a statute of limitations defense under California's Government Code. Additionally, defendants agree that they will not raise any arguments related to the timeliness of the tort claim filed pursuant to the California Tort Claims Act (California Government Code §§ 810 et seq.) or the timeliness of the complaint filed pursuant to the requirements set forth in the California Tort Claims Act, so long as plaintiffs refile the suit or move to reopen Los Angeles Superior Court Case No. 25STCV00072 within 30 days.

Dated: November 6, 2025                Law Offices of Dale K. Galipo

                                       By: /s/ Cooper Alison-Mayne
                                       Dale Galipo
                                       Cooper Alison-Mayne
                                       Attorneys for Plaintiffs
                                       Email: dalekgalipo@yahoo.com
                                              cmayne@galipolaw.com

Dated: November 6, 2025                Dean Gazzo Roistacher LLP

                                       By: /s/ Lee H. Roistacher
                                       Lee H. Roistacher
                                       Kimberly A. Sullivan
                                       Attorneys for Defendants
                                       State of California by and through
                                       California Highway Patrol, Officer
                                       Townsend and Officer Quintero
                                       Email: lroistacher@deangazzo.com
                                              ksullivan@deangazzo.com

### SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to counsel for all parties and that I have obtained Plaintiff's counsel's authorization to affix his/her electronic signature to this document.

Dated: November 6, 2025                /s/ Lee H. Roistacher
                                       Lee H. Roistacher, declarant