**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

Sharon Brunner (SBN 229931)
sharonjbrunner@yahoo.com
**Law Offices of Sharon J. Brunner**
14393 Park Avenue, Suite 100
Victorville, CA 92392
Tel: 760-243-9997
Fax: 760-843-8155

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DOMINICK ALVARADO, by and through successors in interest, .A. 1; A.A. 1; A.A. 2; N.A. 2; X.A.; N.A. 1; A.A. 1; A.A. 2; N.A. 2; X.A., minors, by and through Guardian Ad Litem, Olivia Watkins; and C.A., a minor, by and through Guardian Ad Litem, Ashley Vasquez; SHALYMMAR POOL, individually; FILIBERTO ALVARADO, individually,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, a public entity; OFFICER TOWNSEND (#22902), individually; OFFICER QUINTERO (#22775), individually; OFFICER PATRICK STAFFORD (#19031), OFFICER DAVID LEE (#18193), and DOES 1-10, individually,<br><br>Defendants. | **CASE NO.** 2:25-cv-04059-PA-JPR<br>***District Judge:*** Percy Anderson<br>***Magistrate Judge:*** Jean P. Rosenbluth<br><br><br>**PLAINTIFFS' RESPONSE TO THE COURT'S OCTOBER 27, 2025 ORDER TO SHOW CAUSE** |

**THE HONORABLE COURT:**

Plaintiffs' current counsel has no knowledge of what difficulties prevented previous counsel from effectuating service on Officers Stafford and Lee. However, as set forth in the parties' jointly filed status report filed earlier today, Plaintiffs are dismissing all federal claims and will not pursue federal claims against the unserved defendants, rendering this issue moot.

Respectfully,

Dated: November 6, 2025              LAW OFFICES OF DALE K. GALIPO

                                             By: */s/ Cooper Alison-Mayne*
                                             Dale K. Galipo
                                             Cooper Alison-Mayne
                                             *Attorneys for Plaintiffs*