| | |
|---|---|
| 1 | **LAW OFFICES OF DALE K. GALIPO** |
| 2 | Dale K. Galipo (SBN 144074)<br>dalekgalipo@yahoo.com |
| 3 | Cooper Alison-Mayne (SBN 343169)<br>cmayne@galipolaw.com |
| 4 | 21800 Burbank Boulevard, Suite 310<br>Woodland Hills, CA 91367 |
| 5 | Phone: (818) 347-3333 |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ESTATE OF DOMINICK ALVARADO; N.A. 1; A.A. 1; A.A. 2; N.A. 2; X.A., minors, by and through Guardian Ad Litem, Olivia Watkins; and C.A., a minor, by and through Guardian Ad Litem, Ashley Vasquez; SHALYMMAR POOL, individually; FILIBERTO ALVARADO, individually, | | Case No.: 2:25-cv-04059-PA-JPR<br><br>**JOINT STIPULATION TO DISMISS ALL FEDERAL CLAIMS**<br><br>Courtroom: 9A<br>Judge:      Hon. Percy Anderson<br>Magistrate: Hon. Jean P. Rosenbluth<br><br>Complaint filed:  01/02/2025<br>Trial Date:       None Set |
| Plaintiffs, | | |
| v. | | |
| THE STATE OF CALIFORNIA, a public entity; OFFICER TOWNSEND (#22902), individually; OFFICER QUINTERO (#22775), individually; and DOES 1-10, individually, | | |
| Defendants. | | |

Plaintiffs N.A. 1, A.A. 1, A.A. 2, N.A. 2, and X.A., minors, by and through Guardian Ad Litem, Olivia Watkins; C.A., a minor, by and through Guardian Ad Litem, Ashley Vasquez; Shalymmar Pool, individually; and Filiberto Alvarado, individually; and Defendants State of California, Officer Townsend, and Officer Quintero, by and through their respective attorneys of record, hereby stipulate as follows.

    1.    On September 26, 2025, all state law claims were dismissed without

1

Case No.: 2:25-cv-04059-PA-JPR

1  prejudice subject to the parties' agreement to stay those claims pending conclusion
2  of proceedings in this Court. ECF Nos. 38, 39.

3      2.    The parties have now agreed to dismiss all federal claims with
4  prejudice, which will leave no claims remaining before this Court, allowing the
5  case to be closed.

6      3.    The parties jointly request that the Court issue an Order dismissing
7  all federal claims in the above-captioned action with prejudice, and closing this
8  case, with each party to bear its own costs and attorneys' fees, pursuant to Federal
9  Rule of Civil Procedure 41(a)(1)(A)(ii).

10     4.    The parties further agree that Plaintiffs may refile their state law
11 claims by December 6, 2025 in state court. The parties have agreed that once in
12 state court, Defendants will not raise a statute of limitations defense and will not
13 raise any arguments related to the timeliness of the tort claim filed pursuant to the
14 California Tort Claims Act (California Government Code §§ 810 et seq.) or the
15 timeliness of the complaint filed pursuant to the requirements set forth in the
16 California Tort Claims Act, provided that Plaintiffs file in state court by December
17 6, 2025.

18 IT IS SO STIPULATED:

20 Dated: November 12, 2025        **LAW OFFICES OF DALE K. GALIPO**

22                       By:   /s/   *Cooper Alison-Mayne*
23                            Dale K. Galipo
24                            Cooper Alison-Mayne
                           *Attorneys for Plaintiffs*

Dated: November 12, 2025          Dean Gazzo Roistacher LLP

By:   */s/ Lee Roistacher*
      Lee H. Roistacher
      Deborah Nash
      Attorneys for Defendants
      State of California by and through
      California Highway Patrol, Officer
      Townsend and Officer Quintero
      Email: lroistacher@deangazzo.com
                 dnash@deangazzo.com