# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DOMINICK ALVARADO; N.A. 1; A.A. 1; A.A. 2; N.A. 2; X.A., minors, by and through Guardian Ad Litem, Olivia Watkins; and C.A., a minor, by and through Guardian Ad Litem, Ashley Vasquez; SHALYMMAR POOL, individually; FILIBERTO ALVARADO, individually, <br><br> Plaintiffs, <br><br> v. <br><br> THE STATE OF CALIFORNIA, a public entity; OFFICER TOWNSEND (#22902), individually; OFFICER QUINTERO (#22775), individually; and DOES 1-10, individually, <br><br> Defendants. | Case No.: 2:25-cv-04059-PA-JPR <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS ALL FEDERAL CLAIMS** <br><br> Courtroom: 9A <br> Judge:     Hon. Percy Anderson <br> Magistrate: Hon. Jean P. Rosenbluth <br><br> Complaint filed: 01/02/2025 <br> Trial Date:      None Set |

1  IT IS HEREBY ORDERED, pursuant to Federal Rule of Civil Procedure
2  41(a)(1)(A)(ii), the parties Joint Stipulation to Dismiss all Federal Claims with
3  Prejudice is Granted. Each party shall bear its own costs and attorneys' fees
4  pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

6  IT IS SO ORDERED:

8  Dated: _____

   _____
9  Hon. Percy Anderson
10 United States District Judge