# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DOMINICK ALVARADO; N.A. 1; A.A. 1; A.A. 2; N.A. 2; X.A., minors, by and through Guardian Ad Litem, Olivia Watkins; and C.A., a minor, by and through Guardian Ad Litem, Ashley Vasquez; SHALYMMAR POOL, individually; FILIBERTO ALVARADO, individually,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, a public entity; OFFICER TOWNSEND (#22902), individually; OFFICER QUINTERO (#22775), individually; and DOES 1-10, individually,<br><br>Defendants. | Case No.: 2:25-cv-04059-PA-JPR<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ALL FEDERAL CLAIMS**<br><br>Courtroom: 9A<br>Judge:      Hon. Percy Anderson<br>Magistrate: Hon. Jean P. Rosenbluth<br><br>Complaint filed:   01/02/2025<br>Trial Date:        None Set |

1   IT IS HEREBY ORDERED, pursuant to Federal Rule of Civil Procedure
2   41(a)(1)(A)(ii), the parties Joint Stipulation to Dismiss all Federal Claims with
3   Prejudice is Granted. Each party shall bear its own costs and attorneys fees
4   pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

6   IT IS SO ORDERED:

8   Dated: November 13, 2025            _____
9                                       Percy Anderson
10                                      United States District Judge